

1:94-CR-203

6/17/21

Anthony Buchanon #05722052
FCI Fort Dix West
FCI Fort Dix
P.O. Box 38
Joint Base MDL, New Jersey 08640-3433


Hon. Judge Fredrick J. Scullin
Northern District U.S Court House
445 Broadway RM 424
Albany, NY 12207-2926

RE: Resentence For Supervise Release Violation.

Dear Judge my name is Anthony Buchanon, and you violated me on Supervised Released 20 years Ago To 3 years Concurrently or Consecutively I'm not Sure Judge, Thats when I had 28 years To Life For the State which was the Reason you violated me, and I was in Catagory A. Violation at that time.
But however Judge in 2016 I won 2 440. motions in State Court, and 1 charged was dismissed and I was Resentenced to 23 years Flat in State Court but Release in 20 years for good Behavior. Being that 1 charge was Dismissed on the State Case and I Won the 440.s Motions, and was Resentenced in 2016 6/26/16 I the Defendent No longer fall under a Class-A

violation, it would be a Class-C violation which would be a 1 To 2 year violation. The Defendent Respectfully Hope's pray to be Resentence under the Class-C Violation, and Respectfully Hope and Pray that the time can Run Cuncurrently with the 20 years I just done for the State. I was Released 5/12/21 and the U.S. Marshall picked me up. Its been a Very Long Time Judge I am 52 years old. I'm no longer the young misguided Kid. My Mother is 80 years old I need to help take care of her, and my Wife and Kids.

The Defendent Hope, and pray for Some Type of Relief.

Respectfully Submitted

Anthony Buchanan.

Anthony Buchanan #05722052
Building 5851 2nd Floor
Federal Correctional Institute
Box 2000
Joint Base MDL, NJ 08640

TRENTON NJ 085
2021 PM 5 L

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
JUL 26 2021
RECEIVED

Hon. Fredrick J. Scullin
Northern District Court House
445 Broadway RM 424
Albany, NY 12207-2926